**NOT FOR PRINTED PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv146 |
| DONALD MUNIZ | § | |

## ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Christopher Johnson filed the above-styled civil rights lawsuit. The court referred the matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation recommending the case be dismissed pursuant to Federal Rule of Civil Procedure 41(b). However, plaintiff notified the court (doc. no. 16) that he wished to voluntarily dismiss his case. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff is entitled to dismiss his case at this stage of the proceedings.

## ORDER

The report of the magistrate judge is **ADOPTED** to the extent it recommends dismissal of this lawsuit. A final judgment will be entered dismissing this case pursuant to Federal Rule of Civil Procedure 41(a).

**SIGNED** this the 9 day of **November, 2021.**

_____
Thad Heartfield
United States District Judge